JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINO CAMPANOTTO, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>HOME DEPOT USA, INC.,<br><br>  Defendant. | Case No. CV 20-0882 FMO (Ex)<br><br>**ORDER DISMISSING ACTION** |

    Having reviewed the parties' Joint Response to Order to Show Cause re: Sanctions or Dismissal (Dkt. 31), whereby the parties advise the court that they have reached a settlement, IT IS ORDERED that this action is **dismissed** without costs and without prejudice to the right, upon good cause shown, no later than **30 days from the filing date of this Order,** to re-open the action if the settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 19th day of April, 2021.

                                                                  /s/<br>
                                          Fernando M. Olguin<br>
                                        United States District Judge