1 | Michael Nourmand, Esq. (SBN 198439)
Email: mnourmand@nourmandlawfirm.com
2 | James A. De Sario, Esq. (SBN 262552)
Email: jdesario@nourmandlawfirm.com
3 | **THE NOURMAND LAW FIRM, APC**
8822 West Olympic Boulevard
4 | Los Angeles, California 90211
Telephone:  (310) 553-3600
5 | Facsimile:  (310) 553-3603

6 | Attorneys for Plaintiff,
GINO CAMPANOTTO

7 |

8 | Donna M. Mezias, Esq. (SBN 111902)
Email: dmezias@akingump.com
Dorothy Kaslow, Esq. (SBN 287112)
9 | Email: dkaslow@akingump.com
**AKIN GUMP STRAUS HAUER & FELD LLP**
10 | 580 California Street, Suite 1500
San Francisco, California 94104
11 | Telephone:  (415) 765-9500

12 | Attorneys for Defendants
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GINO CAMPANOTTO, | Case No. 2:20-cv-00882-FMO-E |
|---|---|
| Plaintiff, | **RULE 41 STIPULATION FOR DISMISSAL OF ACTION** |
| v. | Complaint Filed: December 10, 2019 |
| HOME DEPOT U.S.A., INC., | |
| Defendants. | |

RULE 41 STIPULATION FOR DISMISSAL OF ACTION

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Gino Campanotto ("Plaintiff") and Defendant Home Depot U.S.A., Inc. ("Defendant"), by and through their respective counsel, hereby stipulate to the dismissal, with prejudice, of Plaintiff's individual claims asserted in this action against Defendant, which are the only remaining claims in this action.

Each party will bear its own costs, expenses, and attorney's fees.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: September 2, 2021                THE NOURMAND LAW FIRM, APC

By:   /s/ James A. De Sario
      James A. De Sario, Esq.

Attorneys for Plaintiff

DATED: September 2, 2021                AKIN GUMP STRAUS HAUER & FELD LLP

By:   /s/ Dorothy F. Kaslow
      Dorothy F. Kaslow, Esq.

Attorneys for Defendant

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4**

I hereby attest that all signatories indicated by a conformed signature (/s/) concur in the filing's content and have authorized the filing.

/s/ James A. De Sario
James A. De Sario

# PROOF OF SERVICE

<u>Gino Campanotto v. Home Depot, USA, Inc.</u>
United States District Court - Central District of California

I, Alejandra Beltran the undersigned, declare that I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 8822 West Olympic Boulevard, Beverly Hills, California 90211.

On September 2, 2021, I served the following document(s) described as:

**JOINT RESPONSE TO ORDER TO SHOW CAUSE RE: SANCTIONS OR DISMISSAL**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, addressed as follows:

Donna M. Mezias, Esq.
Dorothy Kaslow, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, California 94104

The above document(s) were served on the interested parties in this action as follows:

*All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-reference case number.*

BY ELECTRONIC MAIL: As follows: I am readily familiar with our office's practice of electronic mail transmission; on this date the document enumerated above was transmitted by electronic mail transmission and that the transmission was reported as complete and delivered, and without error.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this Proof of Service was executed on May September 2, 2021, at Beverly Hills, California.

/s/ Alejandra Beltran
Alejandra Beltran